## Commonwealth *v.* Patterson, Appellant.

Argued December 3, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, and SPAETH, JJ. (VAN DER VOORT, J., absent.)

*Joseph W. Mullin,* for appellant.

*Newton C. Taylor,* Assistant District Attorney, with him *Richard W. Linton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 31, 1975:

The judgment of sentence imposed by the Court of Common Pleas of Huntingdon County at No. 281, Criminal Action, 1969, is affirmed. The judgment of sentence by the Court of Common Pleas of Huntingdon County at No. 127, Criminal Action, 1970, is reversed on the basis of *Wardius v. Oregon,* 412 U.S. 470 (1973); *Commonwealth v. Jackson,* 457 Pa. 79, 319 A.2d 161 (1974); and *Commonwealth v. Contakos,* 455 Pa. 136, 314 A.2d 259 (1974).

VAN DER VOORT, J., absent.